UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA

- against -

FRANK PASQUA III

Defendant

--------------------------------------------------------x

S1 16 CR 591 (NSR)

ORDER

It is hereby ORDERED that the United States Marshal Service transport FRANK PASQUA III (USM# 18299-043) to the White Plains Courthouse on December 30, 2019, for his presentence interview.

SO ORDERED,

Dated: White Plains, New York
       December 12, 2019

_____
Honorable Nelson S. Roman
U.S. District Judge