UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

    - against -

FRANK PASQUA, III,

               Defendant.

-------------------------------------------------------X

S1 16 CR 00591-01 (NSR)

**SEALED**

ORDER

ROMÁN, D.J.:

The Court has sentenced defendant as time served. It is hereby

ORDERED that defendant is released from US Marshal custody.

SO ORDERED.

Nelson S. Román
United States District Judge

Dated: White Plains, NY
        March 11, 2020