UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                     :

UNITED STATES OF AMERICA

                                     :      NON-CONTACT ORDER

       - v. -

                                     :      16 Cr. 591 (NSR)

FRANK PASQUA,                         S1 16 Cr. 591 (NSR)

                                     :

             Defendant.

                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 8, 2022,  after a two-day revocation hearing, the Court found the defendant guilty of eight violation circumstances relating to the conditions of his supervised release, revoked the defendant's supervised release and sentenced him to a term of sixty-seven months imprisonment to be followed by sixty months of supervised release;

WHEREAS, several of the violation circumstances involved assaults and harassment by the defendant of Elisa Loiacono and Philip Pasqua; and

WHEREAS, the Court finds good cause for requiring the defendant to refrain from contacting Ms. Loiacono and Mr. Philip Pasqua as a condition of supervised release.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     As a condition of supervised release in the captioned matters, the defendant shall have no contact with Elisa Loiacono and Philip Pasqua.  This condition requires the defendant to stay away from Elisa Loiacono and Philip Pasqua, as well as their homes, businesses, places of employment and schools.  This condition further requires the defendant to refrain from contacting Elisa Loiacono and Philip Pasqua in person, by telephone, or through other means, including text

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/13/2022___

message, e-mail, and letters. This condition further requires the defendant to refrain from contacting Elisa Loiacono and Philip Pasqua through any third parties.

Dated:   White Plains, New York
         December 13, 2022

                                        SO ORDERED:


                                        _____
                                        HONORABLE NELSON R. ROMÁN
                                        UNITED STATES DISTRICT JUDGE